The People of the State of Illinois ex rel. Carrie Jasavick, appellee, v. John Adomaitis, appellant. Gen. No. 29,823.

Bastardy proceeding. Judgment for relatrix. Appeal from the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding. Heard in the third division of this court for the first district

at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

James M. Burke, for appellant; Snyder & Cohn, of counsel. Robert E. Crowe, State's Attorney, for appellee; Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.